521 P.2d 1030

**Lorenzo CHAVEZ, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9969.**

Supreme Court of New Mexico.

April 1, 1974.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1338, 86 N.M. 199, 521 P.2d 1040 be and the same is hereby returned to the Clerk of the Court of Appeals.

521 P.2d 1030

**STATE of New Mexico, Petitioner,**

v.

**Fred A. RALEY, Respondent.**

**No. 9981.**

Supreme Court of New Mexico.

April 19, 1974.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1274, 86 N.M. 190, 521 P.2d 1031 be and the same is hereby returned to the Clerk of the Court of Appeals.

521 P.2d 1030

**Richard Joseph VILLALPANDO, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9967.**

Supreme Court of New Mexico.

April 1, 1974.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1333, 86 N.M. 193, 521 P.2d 1034 be and the same is hereby returned to the Clerk of the Court of Appeals.

521 P.2d 1030

**In the Matter of John W. RAMMING, Attorney At Law.**

**No. 9922.**

Supreme Court of New Mexico.

May 7, 1974.

Whereas, it further appearing that the said John W. Ramming has freely and voluntarily rendered his resignation to the New Mexico Bar.

Now, therefore, it is ordered that the said John W. Ramming be and he hereby is permanently disbarred on consent from the practice of law in all Courts of the State of New Mexico.